# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-0843
_____

CHAZ LEE ROBERT BAXTER,

    Appellant,

    v.

TOMMY FORD, in his official
capacity as Sheriff of Bay
County, Florida,

    Appellee.

_____


On appeal from the Circuit Court for Bay County.
Elijah Smiley, Judge.


April 2, 2026

PER CURIAM.

    AFFIRMED.

OSTERHAUS, C.J., and BILBREY and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Chaz Lee Robert Baxter, pro se, Appellant.

Alyssa Marie Yarbrough of Warner Law Firm, P.A., and Timothy Michael Warner of Warner Law Firm, P.A., Panama City, for Appellee.